UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x  Case No.: 19-cv-1297(SJF)(GRB)
DANIEL SOFIA, Individually and on Behalf of All
Others Similarly Situated,

                              Plaintiffs,                    **NOTICE OF**
                                                             **APPEARANCE**

          -against-

STOCKEN FAMILY I LLC and HANDY PANTRY
STORES, INC.,

                              Defendants.
-------------------------------------------------------------------x


To:       The Clerk of the Court and all Parties of record.

          I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel

for defendants Stocken Family I LLC and Handy Pantry Stores, Inc.

Dated:  Hauppauge, New York
          April 17, 2019

                                        CERTILMAN BALIN ADLER & HYMAN, LLP

                                        By: _____
                                               Glenn B. Gruder, Esq.
                                        *Attorneys for Defendants*
                                        100 Motor Parkway, Suite 156
                                        Hauppauge, NY  11788
                                        631-626-1014
                                        ggruder@certilmanbalin.com

Law Office of James E. Bahamonde, P.C.
Att:  James E. Bahamonde, Esq.
*Attorneys for Plaintiffs*
2501 Jody Court
North Bellmore, NY  11767
646-290-8258
James@CivilRightsNY.com


6836365.1